UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| E.J. CROWELL,<br><br>       Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant | Civil No.  3:10-cv-5516-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Defendant shall have up to and including October 27, 2010, to file Defendant's Answer.

DATED this 5th day of October 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:10-cv-5516 RBL-JRC]