United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.J. CROWELL,<br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　　Defendant. | NO. 3:10-cv-5516 RBL JRC<br><br>ORDER FOR EXTENSION OF<br>TIME TO FILE OPENING BRIEF |

Based on the Stipulated Motion for Extension of Time (ECF No. 15), it is now ORDERED that Plaintiff's Opening Brief is due December 10, 2010; Defendant's Responsive Brief is due January 7, 2011; and the optional Reply Brief is due January 21, 2011. Oral argument, if desired, shall be requested by January 28, 2011.

Dated: November 26, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1