United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| E.J. CROWELL, | ) |
| | ) NO. 3:10-cv-5516-JRC--RBL |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, | ) FILE PLAINTIFF'S REPLY BRIEF |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby, ORDERED that Plaintiff's Reply Brief shall be filed on or before February 4, 2011.

DATED this 19th day of January, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE REPLY
BRIEF- [3:10-cv-5516-JRC-RBL] - 1