U.S. District Court Judge Ronald B. Leighton

10-CV-05516-ORD

FILED ___ LODGED
___ RECEIVED

MAR -5 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

E.J. CROWELL,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

) No. 3:10-cv-5516-RBL
)
) ORDER FOR ATTORNEY'S FEES
) PURSUANT TO 42 U.S.C. § 406(b)
)
)
)
)
)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $19,746.40 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $6,724.35 under the Equal Access to Justice Act. The Social Security Administration has already released the back award to Plaintiff, without withholding any funds for fees under 42 U.S.C. § 406(b). Therefore, Plaintiff is ordered to pay Plaintiff's attorney a fee of $13,022.15.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:08-cv-5564-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

DATED this 5th day of March, 2012.

        *Rฟ 3 Leighton*
RONALD B. LEIGHTON
United States District Judge

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:08-cv-5564-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900